IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE EASTERN DIVISION

UNITED STATES OF AMERICA

**Plaintiff,**

**vs.**                                                          No: 1:19-cr-10037-STA

**RICHARD TREVINO**

**Defendant.**

**ORDER ON MOTION TO CONTINUE REPORT DATE AND NOTICE OF RESETTING**

Before the Court is the Defendant, RICHARD TREVINO'S June 23, 2019 Motion To Continue Report Date.

For good cause shown, the Motion is GRANTED. The hearing for report is advanced to **Tuesday, June 25, 2019 at 2:30p.m.**

**SO ORDERED** this 24th day of June, 2019.

       s/S. Thomas Anderson
**JUDGE S. THOMAS ANDERSON**
**UNITED STATES CHIEF JUDGE**